

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00152-CV

_____

**JOSHANDA HEREFORD SESSION AND JONATHAN CRAVIN, APPELLANTS**

**V.**

**JEFFERY FERGUSON, APPELLEE**

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. CC-2025-CV-0317, Honorable Benjamin A. Webb, Presiding

August 28, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellants, Joshanda Hereford Session and Jonahtan Cravin, proceeding pro se, appeal from the trial court's judgment. Appellants' brief was due August 6, 2025, but was not filed. By letter of August 13, 2025, we notified Appellants that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by August 25. To date, Appellants have neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam